```
JEFFER MANGELS BUTLER & MITCHELL LLP
BENNETT G. YOUNG (Bar No. 106504)
byoung@jmbm.com
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Special Counsel for ART, LLC
Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ART, LLC,<br>a Nevada limited liability company.<br><br>Debtor. | CASE NO. 18-30014 HLB<br><br>Chapter 7<br><br>**JEFFER MANGELS BUTLER & MITCHELL LLP'S SECOND DISCLOSURE OF COMPENSATION OF SPECIAL COUNSEL FOR DEBTOR [BANKRUPTCY CODE § 329(A); BANKRUPTCY RULE 2016(B)]**<br><br>Judge:    Hon. Hannah L. Blumenstiel |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, AND INTERESTED PARTIES:**

1. Pursuant to 11 U.S.C. section 329(a) and Bankruptcy Rule 2016(b), Jeffer Mangels Butler & Mitchell LLP ("JMBM") hereby states that it is special counsel for the above-named debtor, and in such capacity, JMBM makes the following disclosures.

2 The Debtor commenced this chapter 11 case by the filing of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on January 5, 2018. On March 8, 2018 this Court ordered the Debtor's chapter 11 case converted to a case under Chapter 7. Janina Hoskins is the duly appointed chapter 7 trustee.

3. The sole member of the Debtor is Artem Koshkalda ("Koshkalda"). Koshkalda is the debtor in a bankruptcy case filed in the Northern District of California on January 5, 2018, Case No. 18-30016. Koshkalda's bankruptcy case was converted to a case under chapter 7 on March 8, 2018.

4. On or about January 4, 2018, JMBM was retained by the Debtor to file this Chapter

11 case. At or about the same time, Koshkalda retained separate counsel to represent him in connection with filing an individual chapter 11 case.

5. JMBM was initially retained by Debtor and Koshkalda, Debtor's sole member, on or about December 26, 2017 to represent them in connection an appeal from an adverse judgment that was expected to be entered against them in the litigation entitled *Seiko Epson Corp. v. InkSystem, LLC, et al.*, United States District Court, District of Nevada, Case No. 3:16-cv-00524-RCJ-VPC (the "InkSystem Case"). JMBM was paid an initial retainer of $150,000 on December 26, 2017. The initial retainer was received in connection with JMBM's engagement by the Debtor and Koshkalda in connection with the InkSystems Case. On January 4, 2018, JMBM was paid an additional retainer in the amount of $60,000 (collectively, the "Retainer"). JMBM, the Debtor and Koshkalda agreed that the Retainer would be applicable to services rendered and expenses incurred by JMBM on behalf of the Debtor in both the bankruptcy case and, to the extent required, in the InkSystems Case.

6. Prior to the filing of this case, JMBM applied $31,368.85 of the Retainer to prepetition services rendered and expenses incurred, leaving a balance of $178,631.15 as of the Petition Date.

7. The Debtor subsequently retained Rimon, P.C. as its general bankruptcy counsel and JMBM as its special counsel. An order authorizing the Debtor to employ Rimon, P.C. as its general counsel was entered on February 5, 2018 (Dkt. No. 68) and an order authorizing the Debtor to employ JMBM as its special counsel was entered on January 31, 2018. (Dkt. No. 59). The Debtor requested that JMBM transfer $100,000 of the Retainer to Rimon, P.C., the Debtor's general bankruptcy counsel, which JMBM did.

8. The source of the Retainer was an unsecured loan from AIIRAM, LLC to Koshkalda. JMBM is informed and believes that the sole member of AIIRAM LLC is Mariia Kravchuk. JMBM is informed and believes that neither the Debtor nor Koshkalda hold any interest in AIIRAM, LLC. The Retainer funds were wired directly from AIIRAM's accounts to JMBM's trust account. JMBM is informed and believes that Mariia Kravchuk is a business person and a real estate investor who has no involvement in the printer cartridge business that underlies the InkSystems Case. JMBM is

informed and believes that Ms. Kravchuk is the sister of Andriy Kravchuk, one of the defendants in the InkSystems Case. Andriy Kravchuk is a former employee of the Debtor. JMBM is informed and believes that Ms. Kravchuk invested in certain real estate transactions identified by Koshkalda and that the ultimate source of the Retainer is amounts realized by Ms. Kravchuk through her business activities and her independent real estate investments and that none of the funds are the proceeds of the printer cartridge business that underlies the InkSystems Case.

9. JMBM's fees and costs for the period January 5, 2018 to February 28, 2018 for services rendered on behalf of the Debtor totaled $196,614.77. On February 7, 2018, after entry of the order authorizing the employment of JMBM and before conversion of the case, and as permitted by the order authorizing JMBM's employment, JMBM drew down the remaining balance of the Retainer and applied it to the outstanding fees and costs.

10. On March 13, 2018 JMBM received payment of $120,000 from AIIRAM, LLC and on May 15, 2018 JMBM received payment of an additional $20,000 from AIIRAM, LLC. JMBM is informed and believes that that the source of these funds is amounts realized by Ms. Kravchuk through her business activities and her independent real estate investments and that none of the funds are the proceeds of the printer cartridge business that underlies the InkSystems Case.

11. JMBM has not received any payment for any fees and costs incurred by it for services rendered to the Debtor other than as expressly set forth herein.

12. JMBM has not agreed to share the above-disclosed compensation with any other person unless they are members or associates of JMBM.

DATED: May 29, 2018                    JEFFER MANGELS BUTLER & MITCHELL LLP
                                       BENNETT G. YOUNG, ESQ.


                                       By: /s/ Bennett G. Young
                                              BENNETT G. YOUNG
                                       Special Counsel for ART, LLC
                                       Debtor